ORDERED.

Dated: March 02, 2022

*Caryl E. Delano* (signature)
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

SUN STEAKS, LLC,  Case No. 8:20-bk-07727-CED

Debtor.
_____/

**SUPPLEMENTAL AGREED ORDER GRANTING SUBCHAPTER V TRUSTEE'S MOTION TO COMPEL THE DEBTOR TO: (I) TURN OVER PROPERTY OF THE ESTATE, (II) FILE ALL TAX RETURNS, AND (III) TURN OVER DOCUMENTS AND INFORMATION REQUESTED BY THE TRUSTEE**

THIS CASE came before the Court for a continued hearing on January 24, 2022, at 1:00 p.m. upon the *Subchapter V Trustee's Motion to Compel the Debtor to: (I) Turn Over Property of the Estate, (II) File All Tax Returns, and (III) Turn over Documents and Information Requested by the Trustee* (Doc. No. 256) (the "**Motion**"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED** that:

1.   The Motion is further granted as set forth herein.

2.   The Debtor shall have fourteen (14) days from the date of entry of this Order to:

      a.      File all outstanding tax returns, including, without limitation, its (a)12/31/20 FUTA return with the Internal Revenue Service; and (b) final tangible personal property returns with each Florida county in which the Debtor operated.

      b.      Provide copies of the 12/31/20 FUTA return as well as the final tangible tax returns to the Subchapter V Trustee upon filing.

      c.      With respect to the $141,438.61 in aggregate prepetition transfers listed on line 3.9 of Doc. No. 43 (the Statement of Financial Affairs), provide the Subchapter V Trustee with copies of documents evidencing the payments and invoices or other documents supporting the charges.

      d.      With respect to the $36,465.73 in aggregate prepetition transfers listed on line 3.6 of Doc. No. 43 (the Statement of Financial Affairs), provide the Subchapter V Trustee with copies of documents evidencing the payments and invoices or other documents supporting the charges.

3.      This Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

*Trustee Amy Denton Harris is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*