UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                Chapter 11

SUN STEAKS, LLC,                                      Case No. 8:20-bk-7727-CED

      Debtor.
_____/

## SUBCHAPTER V TRUSTEE'S MOTION TO FURTHER EXTEND DEADLINE TO FILE ADVERSARY PROCEEDINGS AND OBJECTIONS TO CLAIMS

Amy Denton Harris, the Subchapter V Trustee (the "**Trustee**") respectfully requests the entry of an order further extending to October 16, 2022: (1) the deadline for the Trustee to file adversary proceedings, including any Chapter 5 causes of action. and (2) the deadline for the Trustee to file objections to claims.  In support thereof, the Trustee states:

1.      On October 16, 2020 (the "**Petition Date**"), Sun Steaks, LLC (the "**Debtor**") filed with this Court its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2.      On October 19, 2020, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* (Doc. No. 5).

3.      Pursuant to Section 5.03 of the confirmed plan, the Trustee has the right to object to claims and to pursue causes of action.

4.      Pursuant to Section 546(a), actions under Chapter 5 must be brought after the earlier of (1) the later of - (A) 2 years after the entry of the order for relief; or (B) 1 year after the

appointment or election of the first trustee under Section 1104, among others.  Accordingly, in this case, the statutory 546(a) deadline is October 16, 2022 (the "**546(a) Deadline**").

5.       Pursuant to Local Rule 3020-1(d), the original deadline to file adversary proceedings, including pursuant to 11 U.S.C. §546(a), and objections to claims was August 16, 2021 (the "**Local Rule Deadline**").  Accordingly, the statutory 546(a) deadline was significantly shortened by Local Rule.

6.       The Trustee previously sought and obtained extensions of the Local Rule Deadline.  The current deadline is April 1, 2022.  See *Order Granting Subchapter V Trustee's Motion to Further Extend Deadline to File Adversary Proceedings and Objections to Claims* (Doc. No. 288).

7.       The Trustee identified several potential Chapter 5 cases of action and served pre-suit demand letters.  The Trustee is actively negotiating with several creditors in an effort to maximize recoveries from causes of action without time consuming and expensive litigation.

8.       The Trustee submits that it is in the best interest of the estate to further extend the Local Rule Deadline to maximize the potential for pre-suit settlement, thereby minimizing the accrual of administrative expenses associated with the litigation.

9.       Accordingly, the Trustee requests a further extension of the Local Rule Deadline to October 16, 2022, to coincide with the 546(a) Deadline.

10.      Notwithstanding the foregoing, the Trustee will commence filing Chapter 5 causes of action and objections to claims that the Trustee does not in good faith believe can be resolved without litigation.

4862-9702-0440, v. 1

WHEREFORE, the Trustee respectfully requests that this Court enter an order, granting this motion, extending the Local Rule Deadline through and including October 16, 2022, and providing for such further relief as is appropriate under the circumstances.

*/s/ Amy Denton Harris*
Amy Denton Harris
Subchapter V Trustee
110 E. Madison Street, Suite 200
Tampa, Florida 33602-4718
Telephone: (813) 229-0144
Email: aharris@subvtrustee.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Subchapter V Trustee's Motion to Further Extend Deadline to File Adversary Proceedings and Objections to Claims* has been furnished on this 28th day of March, 2022, by the Court's electronic CM/ECF noticing system to all parties receiving electronic noticing.

*/s/ Amy Denton Harris*
Amy Denton Harris

3