**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: August 4, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:20−bk−07727−CED<br>Chapter 11 |
| Sun Steaks, LLC | |
| _____Debtor*_____/ | |

### ORDER OVERRULING OBJECTION TO SCHEDULED CLAIMS OF ECOLAB

   THIS CASE came on for consideration, without hearing, of the Objection to Scheduled Claims of Ecolab filed by Trustee , Doc. # 314 . After review, the Court determines that the motion is deficient as follows:

   Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

   Accordingly it is

   ***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.