UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

SUN STEAKS, LLC,                                               Case No. 8:20-bk-7727-CED

      Debtor.
_____/

**SUBCHAPTER V TRUSTEE'S OBJECTION TO SCHEDULED
AND FILED CLAIM OF GC PEMBROKE PINES, LLC**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 NORTH FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA 33602, WITHIN THIRTY (30) DAYS FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U.S. MAIL.**
>
> **IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**
>
> **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

      Amy Denton Mayer, the duly appointed Subchapter V Trustee (the "**Trustee**") for the bankruptcy estate of Sun Steaks, LLC (the "**Debtor**") objects to the Scheduled Claims (defined below) of GC Pembroke Pines (the "**Claimant**") and Claim 8.1 filed by the Claimant on the basis that it is superseded by Claim 8.2. For the reasons set forth below, the Trustee respectfully requests the entry of an order disallowing the Scheduled Claims and Claim 8.1 in their entirety. In support thereof, the Trustee states the following:

1. On October 16, 2020 (the "**Petition Date**"), Sun Steaks, LLC (the "**Debtor**") filed with this Court its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. On October 19, 2020, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* (Doc. No. 5).

3. Pursuant to Section 5.03 of the *Debtor's Second Plan of Liquidation* (Doc. No. 195), Section 12 of this Court's *Order Confirming Debtor's Second Plan of Liquidation* (Doc. No. 237), and Section 704(a)(5) of the Bankruptcy Code, as made applicable to Subchapter V by Section 1183(b)(1) of the Bankruptcy Code, the Trustee is vested with the authority to object to claims.

4. The Debtor listed the Claimant on lines 3.28 and 3.29 of Schedule F as holding unsecured claims in the amount of $329.17 and $105,168.72 (collectively, the "**Scheduled Claims**"). *See* Doc. No. 37.

5. On November 10, 2020, the Claimant filed an unsecured claim in the amount of $262,671.99 in connection with past due amounts under a lease. *See* Claim No. 8.1. Claim No. 8.1 contains the following attachments: (a) Statement; (b) letter from DiGiore Legal Group; and (c) Lease Agreement dated August 4, 2015. Claim 8.1 was not signed by the Claimant or a representative of the Claimant.

6. That same day, the Claimant filed an amended unsecured claim in the same amount, but omitting any attachments. *See* Claim No. 8.2. Claim No. 8.2 is signed by the Claimant's legal representative.

4858-8516-1270, v. 1

7.	The Trustee objects to the Scheduled Claims and to Claim 8.1 on the basis that they are superseded by Claim 8.2.

8.	Claim 8.2 appears to be predicated upon past due amounts owed under a lease.  *See* Claim 8.2.  The Trustee does not object to the allowance of Claim 8.2 as filed.

WHEREFORE, the Trustee respectfully requests that this Court enter an order sustaining the objection; disallowing the Scheduled Claims and Claim 8.1 in their entirety; allowing Claim No. 8.2 as filed; and providing such other and further relief as is just and proper.

>  */s/ Amy Denton Mayer*
>  Amy Denton Mayer
>  Subchapter V Trustee
>  110 E. Madison Street, Suite 200
>  Tampa, Florida 33602-4718
>  Telephone: (813) 229-0144
>  Email: amayer@subvtrustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Subchapter V Trustee's Objection to Scheduled and Filed Claim of GC Pembroke Pines, LLC* has been furnished on this 30th day of September, 2022, by the Court's CM/ECF electronic noticing system to Kenneth G. Mather, Esquire, Counsel for GC Pembroke Pines, LLC and all other parties receiving CM/ECF notices.

>  /s/ *Amy Denton Mayer*
>  Amy Denton Mayer

4858-8516-1270, v. 1