UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| SUN STEAKS, LLC, | Case No. 8:20-bk-7727-CED |
| Debtor._____/ | |

**TRUSTEE'S MOTION TO EXTEND**
**DEADLINE PURSUANT TO 11 U.S.C. § 546(a)**

Amy Denton Mayer, the duly appointed Subchapter V Trustee (the "**Trustee**") for the bankruptcy estate of Sun Steaks, LLC (the "**Debtor**"), moves this Court for entry of an order extending the deadline pursuant to 11 U.S.C. § 546(a) requiring the Debtor to bring avoidance claims before two years after the order for relief is entered. In support of this motion, the Trustee states:

**Background**

1. On October 16, 2020 (the "**Petition Date**"), the Debtor filed with this Court its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. On October 19, 2020, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* (Doc. No. 5).

3. Pursuant to Section 5.03 of the *Debtor's Second Plan of Liquidation* (Doc. No. 195) (the "Plan") and Section 12 of this Court's *Order Confirming Debtor's Second Plan of Liquidation* (Doc. No. 237) (the "**Confirmation Order**"), the Trustee is vested with the authority to object to claims and pursue causes of action.

4.	The deadline to file complaints pursuant to 11 U.S.C. § 546 is October 15, 2022 (the "**Avoidance Action Deadline**").

5.	The Trustee has already filed certain complaints to avoid and recover transfers in advance of the Avoidance Action Deadline. However, the Trustee requires more information about the Debtor's prepetition relationships, transactions, and accounting practices to complete her investigation as to other causes of action.

6.	To be sure, the Trustee has been diligently pursuing discovery of the Debtor's books, records, and other information related to the Debtor's prepetition relationships and transactions. On June 2, 2022, the Trustee served subpoenas under Rule 2004 on the Debtor's parent company, Sun Holdings, Inc., and other related entities seeking full and complete production of the Debtor's prepetition financial information.

7.	The subpoena targets have not formally responded to the subpoenas. The Trustee was forced to file a *Motion to Compel Production of Documents Pursuant to Rule 2004 Subpoenas* (Doc. No. 329). The Court entered an order granting the Trustee's motion to compel on August 31, 2022. (Doc. No. 334).

8.	The subpoena recipients then failed to respond to the Court's order, necessitating the Trustee's *Motion for Order to Show Cause Why Subpoenaed Parties Should Not be Held in Contempt of Court for Failure to Comply with Order* (Doc. No. 336). The Trustee's motion for order to show cause is scheduled for hearing on October 11, 2022.

9.	Only in the last two weeks has the Trustee received any communication from any of the subpoena recipients, and the Trustee has yet to receive complete production in response to the subpoena.

**Relief Requested and Basis for Relief**

10. The Trustee seeks a 120-day extension of the Avoidance Action Deadline, through and including February 13, 2023, without prejudice to further extensions for good cause. The Trustee believes this extension will allow her to exact compliance from records custodians of the Debtor's financial information and further provide sufficient time to review such information in relation to potential estate causes of action.

11. The Eleventh Circuit Court of Appeals has confirmed that bankruptcy courts have the authority to enlarge the two-year time period to bring avoidance actions set forth in Section 546(a) of the Bankruptcy Code. *See In re Int'l Admin. Servs., Inc.,* 408 F.3d 689, 699 (11th Cir. 2005); *In re Fundamental Long Term Care, Inc.*, 501 B.R. 784, 788 792 (Bankr. M.D. Fla. 2013) ("There is no question the Court has the authority to enlarge the two-year limitations period under section 546(a).").

12. "Rule 9006(b) specifically provides that the Court, in its discretion, may enlarge the time period for completing any act required under the Federal Rules of Bankruptcy Procedure." *In re Int'l Admin Servs. Inc.*, 408 F.3d at 699. In *International Administrative Services*, the Eleventh Circuit reasoned that Section 546's statutory deadline is subject to enlargement through Bankruptcy Rule 9006 because the rule incorporates all other Bankruptcy Rules, including Bankruptcy Rules 7001 (prescribing actions which may be brought as adversary proceedings) and 7003 (governing commencement of adversary proceedings). *See id.* Because Section 546(a) of the Bankruptcy Code sets a deadline for bringing avoidance actions, which are brought by adversary proceeding, the Eleventh Circuit held that Bankruptcy Rule 9006 authorizes a bankruptcy court to extend the time to bring such adversary proceedings. *Id.*; *see In re Fundamental Long Term Care, Inc.*, 501 B.R. at 788.

13. The Trustee's request satisfies the "for cause" standard for an enlargement under Bankruptcy Rule 9006 of the deadline to bring causes of action. Whether the "for cause" standard is satisfied is a determination within the discretion of the bankruptcy court. *See Matter of James*, 187 B.R. 395, 397 (Bankr. N.D. Ga. 1995) ("[T]he term "for cause" should receive a liberal construction."); *Wenhope Ass'n v. Plantation Manor Restaurant of Houma (In re Plantation Manor Restaurant of Houma)*, 45 B.R. 229, 232 n. 4 (E.D. & W.D. Ark. 1984); *In re Kellogg*, 41 B.R. 836, 838 (Bankr. W.D. Okla. 1984); *Mfrs. Hanover Trust Co. v. Horvath (In re Horvath)*, 20 B.R. 962, 965 (Bankr. S.D. N.Y. 1982)).

14. The Trustee has diligently sought financial information and information relating to the Debtor's prepetition relationships in order to aid her investigation, but the Debtor's prepetition records custodians—affiliate entities—have yet to cooperate and provide complete production. The Trustee is currently in discussions with such parties regarding their production. Additional time will allow the Trustee time to obtain and analyze requested information to develop and assess claims the estate may have against third parties. Cause exists to grant the requested extension.

WHEREFORE, the Debtor respectfully requests that this Court enter an order (i) granting this motion, (ii) extending the Avoidance Action Deadline under 11 U.S.C. § 546(a) for a period of 120 days through and including February 13, 2022, and (iii) for such further relief as is appropriate under the circumstances.

DATED: October 11, 2022

/s/ Matthew B. Hale
Matthew B. Hale (FBN 0110600)
**STICHTER RIEDEL BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: mhale@srbp.com
Attorneys for Trustee

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Debtor's Motion to Extend Deadline Pursuant to 11 U.S.C. §546(a)* have been furnished on this 11th day of October, 2022, by transmission of notices of electronic filing generated by the Court's electronic CM/ECF noticing system to those parties receiving electronic notice, and by U.S. mail to all creditors and parties in interest on the attached mailing matrix.

/s/ Matthew B. Hale
Matthew B. Hale

4870-6437-5352, v. 1

```
Label Matrix for local noticing            Don Blue                                   Broward County
113A-8                                     2257 Colville Chase Dr.                    c/o Records, Taxes & Treasury
Case 8:20-bk-07727-CED                     Ruskin, FL 33570-6306                      Attn:  Bankruptcy Section
Middle District of Florida                                                            115 S. Andrews Ave. A-100
Tampa                                                                                 Fort Lauderdale, FL 33301-1888
Tue Oct 11 09:41:18 EDT 2022

Karleen and Barlow Dacres                  Golden Corral Franchising Systems, Inc.    Hillsborough County Tax Collector
c/o Kelley Kronenberg  Attorneys at Law    c/o Moran Kidd Lyons Johnson Garcia, PA    c/o Brian T. Fitzgerald
1511 N. Westshore Blvd., Suite 400         Michael A. Tessitore                       P.O. BOX 1110
Tampa, FL 33607-4596                       111 N. Orange Avenue, Suite 900            TAMPA, FL 33601-1110
                                           Orlando, FL 32801-2307

JAC FLA, LLC                               Master Carwash, LLC                        Oak Tree Port Richey, LLC
c/o Seth P. Traub, Esq.                    c/o LERMAN & WHITEBOOK, P.A.               1389 Islamorada Drive
Shumaker, Loop & Kendrick, LLP             2611 Hollywood Boulevard                   Jupiter, FL 33458-8764
101 E. Kennedy Boulevard                   Hollywood, FL 33020-4840
Suite 2800
Tampa, FL 33602-5153

Derek A Reams                              Lorrie Schultz                             Sun Steaks, LLC
McCue, Reams & Associates, P.A.            5707 45th St East                          4515 Lyndon B Johnson Highway
524 - 9th Street West                      Lot 185                                    Dallas, TX 75244-5905
Bradenton, FL 34205-7736                   Bradenton, FL 34203-5533


10050 Ulmerton Road, LLC                   10050 Ulmerton Road, LLC                   ARC3 Gases
255 Alhambra Circle                        c/o Andrew D. Zaron, Esq.                  PO Box 1708
Suite 500                                  LEON COSGROVE, LLP                         Dunn, NC 28335-1708
Miami, FL 33134-7417                       255 Alhambra Circle, 8th Floor
                                           Miami, FL 33134-7412

Air 15                                     Anthony J. DiGiore, Esquire                B&B Electrical Contracting,
PO Box 5232                                1830 W Broward Blvd, 2nd FL                PO Box 550692
Clearwater, FL 33758-5232                  Fort Lauderdale, FL 33312-1550             Fort Lauderdale, FL 33355-0692


Barbara McAnulty                           Broward County -                           Broward County
c/o Justin  Pimenta, Esq.                  c/o Records, Taxes & Treasury              c/o Records, Taxes & Treasury Division
900 W Platt St Ste 100                     Attn:  Bankruptcy Section                  Attn: Scott Andron, Esquire
Tampa, FL 33606-2173                       115 S. Andrews Ave. A-100                  Governmental Center, Suite 423
                                           Ft. Lauderdale, FL 33301-1888              115 South Andrews Avenue
                                                                                      Fort Lauderdale, FL 33301-1818

Burley Electrical Service                  Caitlin E. Poor, Esquire                   Carole McCree Nesbit
172 Southwest 5th Cuort                    McCue Reams & Associates                   c/o Gregg A. Silverstein Esq
Pompano Beach, FL 33060-7910               524 Ninth Street West                      20801 Biscayne Blvd, Ste 504
                                           Bradenton, FL 34205-7736                   Miami, FL 33180-1400

City of Largo Solid Waste                  City of Pompano Beach -                    City of Port Richey FL
PO Box 296                                 PO Drawer 1300                             6333 Ridge Rd
Largo, FL 33779-0296                       Pompano Beach, FL 33061-1300               Port Richey, FL 34668-6747


Coastal Equipment Company                  Coca-Cola North America                    Commercial Net Lease Realty
130 Coastal Lane                           PO Box 102703                              450 South Orange Avenue
Jacksonville, NC 28546-6761                Atlanta, GA 30368-2703                     Orlando, FL 32801-5402
```

| | | |
|---|---|---|
| Country Landscaping & Grower<br>11030 Judge Winkoff Road<br>Boca Raton, FL 33428-3900 | Cruz Landscapint & Lawn Care -<br>1 South Duncan Avenue<br>Clearwater, FL 33755-6406 | Dario D. Sharp, Esquire<br>1101 North Armenia Ave<br>Tampa, FL 33607-5307 |
| Department of Revenue -<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Division of Hotels and Rest<br>PO Box 6300<br>Tallahassee, FL 32314-6300 | Don Blue -<br>2883 Executive Park Drive<br>Suite 103<br>Weston, FL 33331-3662 |
| Doug Belden, Hillsborough -<br>County Tax Collector<br>PO Box  30012<br>Tampa, FL 33630-3012 | Downtown Produce<br>7856 Ellis Road<br>Melbourne, FL 32904-1111 | Eco Sure<br>26397 Network Place<br>Chicago, IL 60673-1263 |
| Ecolab -<br>PO Box 70343<br>Chicago, IL 60673-0343 | Ecolab Food Safety Specialit<br>24198 Network Place<br>Chicago, IL 60673-1241 | Ecolab Pest Elimination Divi<br>26252<br>Chicago, IL 60673-1262 |
| Eduardo R. Robayna, Esquire<br>2525 Ponce de Leon Blvd<br>Ste. 1225<br>Miami, FL 33134-6049 | Erma Borden &  Ross Borden<br>c/o Christopher Lanza, Esq<br>290 NW 165th St Ste P600<br>Miami, FL 33169-6472 | Evonne McMath<br>c/o Mark A. Edner, Esquire<br>1531 NW 13th Court<br>Miami, FL 33125-1605 |
| Florida State Produce<br>7412 Kinard Road<br>Plant City, FL 33565-3660 | Frederick T. Reeves, Esquire<br>5709 Tidalwave Dr<br>New Port Richey, FL 34652-3821 | FreshPoint South Florida<br>5445 Bonacker Drive<br>Tampa, FL 33610-2026 |
| GC Pembroke Pines, LLC<br>114 West Street<br>Wilmington, MA 01887-3021 | GC Pembroke Pines, LLC<br>c/o Kenneth G. M. Mather, Esquire<br>Gunster Yoakley & Stewart, P.A.<br>401 E. Jackson Street, Suite 2500<br>Tampa, FL 33602-5226 | Golden Corral Corporation<br>5151 Glenwood Avenue<br>Raleigh, NC 27612-3240 |
| Golden Corral Franchising Systems, Inc. -<br>Attn: R. Chappell Phillips, Sr. VP<br>5151 Glenwood Ave.<br>Raleigh, NC 27612-3240 | Golden Corral Franchising Systems, Inc.<br>Michael A. Tessitore<br>111 N. Orange Ave., Suite 900<br>Orlando, Florida 32801-2307 | Golden Corral Franchising Systems, Inc.<br>c/o Michael A. Tessitore, Esq.<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 |
| Guardian Protection Services<br>174 Thornhill Road<br>Warrendale, PA 15086-7528 | Gulf Mechanicas, Inc.<br>PO Box 1716<br>Palm Harbor, FL 34682-1716 | Hillsborough County Tax Collector<br>PO Box 1110<br>Tampa, FL 33601-1110 |
| Industrial Steam Cleaning<br>PO Box 342443<br>Tampa, FL 33694-2443 | Infinite Energy, LLC -<br>c/o Legal Dept<br>7001 SW 24TH AVE<br>c/o Legal Dept<br>Gainesville, FL 32607-3704 | Internal Revenue Service -<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Isabelle Robinson<br>c/o John D. Mooney, III Esq.<br>2740 East Oakland Park Blvd<br>Ste 302<br>Fort Lauderdale, FL 33306-1675 | JAC FLA, LLC<br>PO Box 2108<br>Janesville, WI 53547-2108 | JAC Fac, LLC<br>1307 Woodman Road<br>Janesville, WI 53545-1068 |
| JCA FLA, LLC<br>c/o Jaime Austrich, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Jaime Austrich, Esq<br>101 E Kenndy Blvd Ste 2800<br>Tampa, FL 33602-5150 | James Barcza -<br>c/o Gulf Mechanical Inc.<br>27837 US Hwy 19 N, Suite F<br>Clearwater, FL 33761-4923 |
| John L. Mulvihill<br>407 S. Ewing Ave.<br>Suite 100<br>Clearwater, FL 33756-5766 | Jonnie-Mae Smith -<br>c/o Katrina Barraza, Esquire<br>Pipas Law Group<br>360 Central Ave, Ste 1570<br>Saint Petersburg, FL 33701-3838 | Joseph Vobb<br>c/o Geoffery Pfeiffer, Esq.<br>800 North Belcher Road<br>Clearwater, FL 33765-2103 |
| June Parsons -<br>10999 Seminole Blvd<br>Seminole, FL 33778-3339 | KARLEEN AND BARLOW DACRES<br>309 East 38th Street,<br>Paterson, NJ 07504-1311 | Karleen and Barlow Dacres<br>c/o Lisa C. Goodman, Esquire<br>1401 Brickell Ave Suite 510<br>Miami, FL 33131-3501 |
| Keptclean Services<br>A 1753 Avenida del Sol<br>Boca Raton, FL 33432-1743 | Keta Carmickal<br>c/o Matthew J. Mincone, Esq.<br>Pawlowski Mastrilli Law<br>1718 E 7th AVe, Ste. 201<br>Tampa, FL 33605-3814 | Keystone Tile & Marble Inc.<br>1501 Lake Avenue S.E.<br>Largo, FL 33771-3747 |
| Laurie Anne Day<br>c/o Ryan Scher, Esquire<br>Adam Scher Law Group<br>1720 Harrison St, Ste PH-A<br>Hollywood, FL 33020-6829 | Lela Holder<br>c/o William H. Winters Esq<br>PO Box 3342<br>Tampa, FL 33601-3342 | Liberty Mutual Insurance<br>PO Box 85307<br>San Diego, CA 92186-5307 |
| Lorrie Schultz -<br>524 - 9th Street West<br>Bradenton, FL 34205-7736 | Lorrie Schultz<br>c/o Brad W. Hissing, Esquire<br>Wetherington Hamilton, PA<br>812 W. Dr. MLK, Jr. Blvd., Suite 101<br>Tampa, FL 33603-3338 | MBM<br>PO Box 800<br>Rocky Mount, NC 27802-0800 |
| Mankuta Gallahger & Assoc<br>8201 N. University Drive<br>Ste. 201<br>Fort Lauderdale, FL 33321-1709 | Master Carwash, LLC<br>2600 Island Blvd, Apt 705<br>North Miami Beach, FL 33160-5208 | Master Carwash, LLC<br>c/o Patrick Patrissi, Esq.<br>Lerman & Whitebook P.A.<br>2611 Hollywood Boulevard<br>Hollywood, FL 33020-4840 |
| Master Carwash, LLC<br>c/o Seth N. Benes, Esquire<br>Lerman & Whitebook PA<br>2611 Hollywood Blvd<br>Hollywood, FL 33020-4840 | Mellow Cleaning Service<br>127 Tramont Drive<br>Winter Haven, FL 33884-2046 | Metschlaw, P.A.<br>Attn: Lawrence R. Metsch<br>20801 Biscayne Blvd, Ste 300<br>Miami, FL 33180-1422 |
| Mike Fasano, Pasco Tax Coll -<br>PO Box 276<br>Dade City, FL 33526-0276 | Mr. Greens Producep<br>7350 NW 30th Avenue<br>Miami, FL 33147-5902 | National Retail Properties<br>450 S Orange Ave, Ste 900<br>Orlando, FL 32801-3339 |

| | | |
|---|---|---|
| Nikitia Maynard -<br>407 S. Ewing Ave.<br>Suite 100<br>Clearwater, FL 33756-5766 | Nikitia Maynard<br>c/o John L. Mulvihill, Esquire<br>Thacker and Mulvihill, PLLC<br>407 South Ewing Avenue, Suite 100<br>Clearwater, FL 33756-5766 | Oak Tree Port Richey, LLC -<br>Attn:  James S. Karas<br>1389 Islamorada Drive<br>Lutz, FL 33548 |
| Oak Tree Port Richey, LLC.<br>c/o Ronald R. Bidwell, Esquire<br>LAW OFFICE OF RONALD R BIDWELL P.A.<br>2805 W. Busch Boulevard, Suite 208<br>Tampa, FL 33618-4561 | Outfront Media<br>185 US Highway 46<br>Fairfield, NJ 07004-2321 | Patricia Ziway<br>c/o Nicholas Louis Ottaviano<br>8606 Government Dr<br>New Port Richey, FL 34654-5510 |
| Paula Mathis -<br>4610 N. Armenia Ave., Apt. 404<br>Tampa, FL 33603-2726 | Paula Mathis<br>c/o Bruce M. Kleinberg, M.D.<br>4350 W Cypress St, Ste 250<br>Tampa, FL 33607-4190 | Progressive Environmental Sv<br>PO Box 538498<br>Atlanta, GA 30353-8498 |
| Progressive Waste Solutions<br>PO Box 5278<br>Carol Stream, IL 60197-5278 | Regency Enterprises, Inc.<br>PO Box 205135<br>Dallas, TX 75320-5325 | Richard Sierra<br>Richard Sierra & Associates<br>6501 Congress Ave, Ste 240<br>Boca Raton, FL 33487-2840 |
| Robert J. Healy, Jr. Esquire<br>PO Box 10807<br>Saint Petersburg, FL 33733-0807 | Rolando Rodriguez -<br>c/o Lawrence J. Bohannon Esq<br>1141 Southeast 2nd Avenue<br>Fort Lauderdale, FL 33316-1007 | S&W Refrigeration, LLC<br>11447 Challenger Avenue<br>Odessa, FL 33556-3446 |
| SBA<br>Disaster Assistance - Area 2<br>One Baltimore Place, Ste.300<br>Atlanta, GA 30308-2115 | Sanrod Investments, LLC<br>3029 NE 188th Suite 509<br>Miami, FL 33180-2995 | Sara Schafer, Esquire<br>Law Offices of Jason Turchin<br>2883 Executive Park Dr<br>Ste. 103<br>Weston, FL 33331-3662 |
| Sign-Stine<br>PO Box 964<br>Valrico, FL 33595-0964 | (p)SIMMONS BANK<br>ATTN CONSUMER DEFAULT DEPARTMENT<br>POST OFFICE BOX 733<br>UNION CITY TN 38281-0733 | Star Environmental Inc.<br>PO Box 1177<br>Brandon, FL  33509-1177 |
| Steve Sanchez<br>c/o Brian Davis, Esquire<br>250 N Orange Ave, 14th FL<br>Orlando, FL 32801-1819 | Taylor Freezer Sales Co, Inc<br>14601 McCormick Drive<br>Tampa, FL 33626-3025 | Taylor Ultimate Service Co<br>1780 N. Commerce Pkwy<br>Fort Lauderdale, FL 33326-3204 |
| The Flying Locksmiths<br>10911 Endeavour Way #B4<br>Largo, FL 33777-1638 | The Mezquite Lawnscaping<br>PO Box 1563<br>Hallandale, FL 33008-1563 | Tracy Williams<br>c/o Jessee S. Fulton, Esq.<br>2719 Hollywood Blvd.<br>Second Floor<br>Hollywood, FL 33020-4821 |
| Tri  County Restaurant Equip<br>621 S 21st Avenue<br>Hollywood, FL 33020-6905 | Tri County Carpet<br>Restoration, LLC<br>PO Box 25535<br>Fort Lauderdale, FL 33320-5535 | U.S. SBA<br>801 Tom Martin Drive<br>Ste. 120<br>Birmingham, AL 35211-6424 |

| | | |
|---|---|---|
| U.S. SBA<br>Att.: Christopher Emden, Esq<br>400 North Tampa Street<br>Ste. 3200<br>Tampa, FL 33602-4798 | U.S. Small Admin<br>801 Tom Martin Drive<br>Ste. 120<br>Birmingham, AL 35211-6424 | U.S. Small Business<br>Administration<br>2120 Riverfront Dr.<br>Ste. 100<br>Palmetto, FL 34221 |
| U.S. Small Business Admin<br>130 S. Elmwood Avenue<br>Suite 515<br>Buffalo, NY 14202-2465 | U.S. Small Business Admin<br>Disaster Assistance - Area 2<br>One Baltimore Place, Ste.308<br>Atlanta, GA 30308-2116 | U.S. Small Business Administ<br>130 S. Elmwood Ave., Ste.516<br>Buffalo, NY 14202-2419 |
| United Fire Protection<br>2900 Shader Road<br>Orlando, FL 32808-3920 | Waste Industries<br>PO Box 580027<br>Charlotte, NC 28258-0027 | Waste Industries -<br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419-0253 |
| Waste Star Services -<br>1650 Holiday Drive<br>Holiday, FL 34691-5409 | Michael A Tessitore +<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | Patrick Patrissi +<br>Smoler Lerman & Whitebook PA<br>2611 Hollywood Boulevard<br>Hollywood, FL 33020-4840 |
| Buddy D Ford +<br>Buddy D. Ford, P.A.<br>9301 West Hillsborough Avenue<br>Tampa, FL 33615-3008 | Brad W Hissing +<br>Wetherington Hamilton, PA<br>812 W. Dr. MLK Jr. Blvd., Suite 101<br>Tampa, FL 33603-3338 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Brian T FitzGerald +<br>Hillsborough County Attorney<br>Senior Assistant County Attorney<br>PO Box 1110<br>Tampa, FL 33601-1110 | Kenneth G M Mather +<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street, Suite 1500<br>Tampa, FL 33602-5204 | Dennis J LeVine +<br>Brock & Scott, PLLC<br>4919 Memorial Highway<br>Suite 135<br>Tampa, FL 33634-7510 |
| Ronald R. Bidwell +<br>Ronald R. Bidwell, Attorney at Law<br>7000 Mitchell Road<br>Brooksville, FL 34601-5758 | Jaime Austrich +<br>Shumaker Loop & Kendrick LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 33602-5153 | Andrew D Zaron +<br>Leon Cosgrove LLP<br>255 Alhambre Circle, Suite 800<br>Coral Gables, FL 33134-7412 |
| Seth P. Traub +<br>Shumaker Loop & Kendrick, LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 33602-5153 | Daniel R Fogarty +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 |
| Nick Fowler +<br>Florida Consumer Lawyers<br>PO Box 341499<br>Tampa, FL 33694-1499 | Jonathan A Semach +<br>Buddy D. Ford, P.A.<br>9301 West Hillsborough Avenue<br>Tampa, FL 33615-3008 | John L Mulvihill +<br>Corless Barfield Trial Group<br>6812 West Linebaugh Avenue<br>Tampa, FL 33625-4951 |
| Ryan J Hittel +<br>McCue, Reams, Bucha & Associates<br>524 9th Street West<br>Bradenton, FL 34205-7736 | Amy Denton Mayer +<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Scott Andron +<br>Broward County Attorney's Office<br>115 South Andrews Avenue, Room 423<br>Fort Lauderdale, FL 33301-1826 |

| | |
|---|---|
| Jason Turchin +<br>Law Offices of Jason Turchin<br>2883 Executive Park Drive, Suite 103<br>Weston, FL 33331-3662 | Robert J Healy Jr. +<br>Salter, Healy, Rivera<br>Post Office Box 10807<br>Saint Petersburg, FL 33733-0807 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Simmons Bank -
Rosalind M Mouser
PO Box 7009
Pine Bluff, AR 71611

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)10050 Ulmerton Road, LLC | (u)Caryl E. Delano<br>Tampa | (u)GC Pembroke Pines, LLC<br>c/o Kenneth G. M. Mather, Esq<br>Gunster Yoakley & Stewart, P.A. |
| (u)Nikitia Maynard | (u)June Parsons | (u)Jonnie-Mae Smith |
| (d)Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)JAC FLA, LLC<br>c/o Seth P. Traub, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 |
| (d)Karleen and Barlow Dacres<br>c/o Kelley Kronenberg Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | (d)Oak Tree Port Richey, LLC<br>1389 Islamorada Dr.<br>Jupiter, FL 33458-8764 | (d)Amy Denton Mayer +<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 |

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
----------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    151
Bypassed recipients     13
Total                  164