ORDERED.

Dated: December 09, 2022

*Caryl E. Delano*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

SUN STEAKS, LLC,                                Case No. 8:20-bk-07727-CED

　　　Debtor.
_____/

### ORDER GRANTING SUBCHAPTER V TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 546(a)

THIS CASE came on for consideration upon the *Subchapter V Trustee's Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 393) (the "**Motion**"). The Court having considered the Motion together with the record, finds that the Motion is well taken and should be granted as set forth herein. Accordingly, it is

**ORDERED** that:

1. The Motion is granted.

2. The time for the Trustee to file complaints pursuant to 11 U.S.C. § 546(a) is hereby extended for an additional 60 days, through and including February 13, 2023. This extension is without prejudice to future requests for extensions requested by the Trustee.

*Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*