UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

SUN STEAKS, LLC,  Case No. 8:20-bk-7727-CED

    Debtor.
_____/

**SUBCHAPTER V TRUSTEE'S FOURTH MOTION
TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 546(a)**

Amy Denton Mayer, the duly appointed Subchapter V Trustee (the "**Trustee**") for the bankruptcy estate of Sun Steaks, LLC (the "**Debtor**"), by and through the undersigned counsel, moves this Court for entry of an order further extending the deadline pursuant to 11 U.S.C. § 546(a) to bring avoidance claims before two years after the order for relief is entered, which the Court previously extended by an order. In support of this motion, the Trustee states:

**Background**

1. On October 16, 2020 (the "**Petition Date**"), the Debtor filed with this Court its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. On October 19, 2020, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* (Doc. No. 5).

3. Pursuant to Section 5.03 of the *Debtor's Second Plan of Liquidation* (Doc. No. 195) (the "Plan") and Section 12 of this Court's *Order Confirming Debtor's Second Plan of Liquidation* (Doc. No. 237) (the "**Confirmation Order**"), the Trustee is vested with the authority to object to claims and pursue causes of action.

4. The initial deadline to file complaints pursuant to 11 U.S.C. § 546 was October 15, 2022 (the "**Avoidance Action Deadline**").

5. On October 12, 2022, the Trustee filed her *Subchapter V Trustee's Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 361).

6. On October 14, 2022, the Court entered its *Order Granting Subchapter V Trustee's Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 368), extending the deadline through and including December 14, 2022, without prejudice to future requests for extensions requested by the Trustee.

7. On December 7, 2022, the Trustee filed her *Subchapter V Trustee's Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 393).

8. On December 12, 2022, the Court entered its *Order Granting Subchapter V Trustee's Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 396), extending the deadline through and including February 13, 2023, without prejudice to future requests for extensions requested by the Trustee.

9. On February 13, 2023, the Trustee filed her *Subchapter V Trustee's Third Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 436).

10. On February 22, 2023, the Court entered its *Order Granting Subchapter V Trustee's Third Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. 441), extending the deadline through and including April 14, 2023, without prejudice to future requests for extensions requested by the Trustee.

11. The Trustee has already filed certain complaints to avoid and recover transfers in advance of the Avoidance Action Deadline. Additionally, with respect to the Sun Entities, any applicable status of limitations or other periods or deadlines for any claims or causes of action

of the Trustee have been tolled by Court order (Doc. No. 390). However, as previously stated, the Trustee requires more information about the Debtor's prepetition relationships, transactions, and accounting practices to complete her investigation as to other causes of action. To gather that information, the Trustee has been diligently pursuing discovery of the Debtor's books, records, and other information related to the Debtor's prepetition relationships and transactions.

12. On June 2, 2022, the Trustee served subpoenas under Rule 2004 on the Debtor's parent company, Sun Holdings, Inc., SunCo restaurants, LLC, and Sunny Corral Management, LLC (together, the "**Sun Entities**") seeking full and complete production of the Debtor's prepetition financial information. Although the Trustee was finally able to take a 2004 Examination of the Sun Entities on March 23, 2023, the Trustee has requested additional information which has not yet been provided. Additionally, the Trustee and the Sun Entities had an initial mediation conference scheduled for March 30, 2023, which initial mediation conference was rescheduled for May 3, 2023.

13. The Trustee will need sufficient time after the conclusion of the mediation in order to determine whether to bring any further avoidance actions. Accordingly, the Trustee requests an additional extension of the Avoidance Action Deadline.

### Relief Requested and Basis for Relief

14. The Trustee seeks a 60-day extension of the Avoidance Action Deadline, through and including June 13, 2023, without prejudice to further extensions for good cause. The Trustee believes this extension will provide sufficient time to review information in relation to potential estate causes of action, conduct the mediation, and determine whether and which additional actions are appropriate.

15. The Eleventh Circuit Court of Appeals has confirmed that bankruptcy courts have the authority to enlarge the two-year time period to bring avoidance actions set forth in Section 546(a) of the Bankruptcy Code. *See In re Int'l Admin. Servs., Inc.,* 408 F.3d 689, 699 (11th Cir. 2005); *In re Fundamental Long Term Care, Inc.*, 501 B.R. 784, 788 792 (Bankr. M.D. Fla. 2013) ("There is no question the Court has the authority to enlarge the two-year limitations period under section 546(a).").

16. "Rule 9006(b) specifically provides that the Court, in its discretion, may enlarge the time period for completing any act required under the Federal Rules of Bankruptcy Procedure." *In re Int'l Admin Servs. Inc.*, 408 F.3d at 699. In *International Administrative Services*, the Eleventh Circuit reasoned that Section 546's statutory deadline is subject to enlargement through Bankruptcy Rule 9006 because the rule incorporates all other Bankruptcy Rules, including Bankruptcy Rules 7001 (prescribing actions which may be brought as adversary proceedings) and 7003 (governing commencement of adversary proceedings). *See id.* Because Section 546(a) of the Bankruptcy Code sets a deadline for bringing avoidance actions, which are brought by adversary proceeding, the Eleventh Circuit held that Bankruptcy Rule 9006 authorizes a bankruptcy court to extend the time to bring such adversary proceedings. *Id.*; *see In re Fundamental Long Term Care, Inc.*, 501 B.R. at 788.

17. Here, the Court has extended the deadline by court order. The Trustee requests a further extension of the deadline set forth in that order. The Trustee's request satisfies the "for cause" standard for an enlargement under Bankruptcy Rule 9006 of the deadline to bring causes of action. Whether the "for cause" standard is satisfied is a determination within the discretion of the bankruptcy court. *See Matter of James*, 187 B.R. 395, 397 (Bankr. N.D. Ga. 1995) ("[T]he term "for cause" should receive a liberal construction."); *Wenhope Ass'n v. Plantation Manor*

*Restaurant of Houma (In re Plantation Manor Restaurant of Houma)*, 45 B.R. 229, 232 n. 4 (E.D. & W.D. Ark. 1984); *In re Kellogg*, 41 B.R. 836, 838 (Bankr. W.D. Okla. 1984); *Mfrs. Hanover Trust Co. v. Horvath (In re Horvath)*, 20 B.R. 962, 965 (Bankr. S.D. N.Y. 1982)).

18. For the reasons stated above, cause exists to grant the requested extension.

19. Counsel for the Trustee has conferred with counsel for the Sun Entities who does not oppose the relief requested herein.

WHEREFORE, the Trustee respectfully requests that this Court enter an order, the proposed form of which is attached hereto as **Exhibit A**, (i) granting this motion, (ii) extending the Avoidance Action Deadline under 11 U.S.C. § 546(a) for a period of 60 days through and including June 13, 2023, and (iii) for such further relief as is appropriate under the circumstances.

Dated: April 13, 2023.

>  */s/ Daniel R. Fogarty*
>  Daniel R. Fogarty (FBN 0017532)
>  **STICHTER RIEDEL BLAIN & POSTLER, P.A.**
>  110 East Madison Street, Suite 200
>  Tampa, Florida 33602
>  Telephone: (813) 229-0144
>  Email: dfogarty@srbp.com
>  Attorneys for Subchapter V Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Subchapter V Trustee's Fourth Motion to Extend Deadline Pursuant to 11 U.S.C. §546(a)* have been furnished on this 13th day of April, 2023 by the Court's electronic CM/ECF noticing system to all parties receiving electronic notice.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11

SUN STEAKS, LLC,  Case No. 8:20-bk-07727-CED

Debtor.
_____/

**ORDER GRANTING SUBCHAPTER V TRUSTEE'S FOURTH
MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 546(a)**

THIS CASE came on for consideration upon the *Subchapter V Trustee's Fourth Motion to Extend Deadline Pursuant to 11 U.S.C. § 546(a)* (Doc. No. ***) (the "**Motion**"). The Court having considered the Motion together with the record, finds that the Motion is well taken and should be granted as set forth herein. Accordingly, it is

**ORDERED** that:

1. The Motion is granted.

2. The time for the Trustee to file complaints pursuant to 11 U.S.C. § 546(a) is hereby extended for an additional 60 days, through and including June 13, 2023. This extension is without prejudice to future requests for extensions requested by the Trustee.

*Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*